DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY R. MCGRIFF,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1815

[December 10, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 31-2009-CF-001615A.

Gary R. McGriff, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***